UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KAREN L. FOX, IRA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL D. SPRINGER, et al.,<br><br>    Defendants. | Case No.  22-cv-05343-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: ECF No. 1 |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Orrick, to consider whether the case is related to case number 3:22-cv-02980-WHO.

**IT IS SO ORDERED.**

Dated: September 28, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 22-cv-05343-LB